Clyde WEILER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 45337.

Missouri Court of Appeals,
Western District.

April 28, 1992.

Gary E. Brotherton, Office of Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and FENNER and ULRICH, JJ.

## ORDER

PER CURIAM:

Appeal from dismissal for untimely filing of Rule 29.15 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).